**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miriam Mendiola-Martinez, | No. CV-11-02512-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

Plaintiff Miriam Mendiola-Martinez commenced this action against Defendants Joseph Arpaio and Maricopa County and others in December 2011, asserting five claims: (1) deliberate indifference to her serious medical needs in violation of the Eighth Amendment; (2) deliberate indifference to her serious medical needs in violation of the Fourteenth Amendment; (3) cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments; (4) disparate treatment in violation of the Fifth, Fourteenth, and Fifteenth Amendments; and (5) *Monell* liability. *See* Doc. 1. The Court granted summary judgment in favor of Defendants on all counts on January 22, 2014. Doc. 121.

Defendants have now filed a motion for attorneys' fees pursuant to 42 U.S.C. § 1988(b). Doc. 137. The motion is fully briefed. Docs. 144, 149. Plaintiff filed a notice of appeal to the Ninth Circuit on January 31, 2014 (Doc. 122) and filed amended notices on March 10, 2014 (Doc. 132), and April 22, 2014 (Doc. 146).

1    **IT IS ORDERED** that Defendants' motion for attorneys' fees (Doc. 137) is
2    **denied** without prejudice to re-filing upon resolution of Plaintiff's appeal.
3    Dated this 3rd day of June, 2014.

_____
David G. Campbell
United States District Judge